```
 1  KEVIN V. RYAN (CSBN 118321)
    United States Attorney
 2
    MARK L. KROTOSKI (CSBN 138549)
 3  Chief, Criminal Division

 4  WILLIAM C. MARTIN (ILBN 6272668)
    Assistant United States Attorney
 5
        450 Golden Gate Avenue
 6      San Francisco, California  94102
        Telephone: (415) 436-7220
 7      Facsimile: (415) 436-7234
        Email: william.c.martin@usdoj.gov
 8
    Attorneys for Plaintiff
 9
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) | Criminal No. CR 06-00327 CRB |
| --- | --- | --- |
| Plaintiff, | ) | |
| | ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER EXCLUDING TIME** |
| v. | ) | |
| | ) | |
| CRYSTAL DAVIS, | ) | |
| Defendant. | ) | |

The above-captioned matter came before the Court on May 16, 2006 for the defendant's posting of bond and the setting of conditions of release. The defendant was represented by Assistant Public Defender Josh Cohen and the government was represented by William C. Martin, Assistant United States Attorney. The Court then set June 7, 2006 as the next appearance in this case before Judge Breyer.

The Court made a finding on the record that the time from and including May 16, 2006 through and including June 7, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 06-00327 CRB**

interest of the public and the defendant in a speedy trial.  That finding was based on the need for the government and the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that this case be set before Judge Breyer on June 7, 2006, and that the exclusion of time until then be granted.  The parties agree and stipulate that the additional time is appropriate and necessary under 18 U.S.C. §§ 3161(h)(8)(A) for all the reasons stated above.

DATED:	May 24, 2006

/s/
JOSH COHEN
Attorney for Defendant

DATED:	May 24, 2006

/s/
WILLIAM C. MARTIN
Assistant Untied States Attorney

So ordered.

DATED:	May 25, 2006



ELIZABETH D. LAPORTE
UNITED STATES MAGISTRATE JUDGE

**STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00327 CRB**                                        2