KEVIN V. RYAN (CSBN 118321)
United States Attorney

MARK L. KROTOSKI (CSBN 138549)
Chief, Criminal Division

WILLIAM C. MARTIN (ILBN 6272668)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California  94102
    Telephone: (415) 436-7220
    Facsimile: (415) 436-7234
    Email: william.c.martin@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. CR 06-00327 CRB |
|     Plaintiff, | |
| | **STIPULATION AND [PROPOSED]** |
|     v. | **ORDER EXCLUDING TIME** |
| CRYSTAL DAVIS, | |
|     Defendant. | |

    The above-captioned matter came before the Court on June 7, 2006.  The defendant was represented by Assistant Public Defender Josh Cohen and the government was represented by William C. Martin, Assistant United States Attorney.  Counsel for the defendant made a request for additional time to review discovery and investigate the facts of this case.  The Court then set June 28, 2006 as the next date in this case.

    The Court made a finding on the record that the time from and including June 7, 2006 through and including June 28, 2006 should be excluded under the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A), because the ends of justice served by taking such action outweighed the best

**STIPULATION AND [PROPOSED]**
**ORDER EXCLUDING TIME**
**CR 06-00327 CRB**

interest of the public and the defendant in a speedy trial. That finding was based on the need for the defendant to have reasonable time necessary for effective preparation, taking into account the exercise of due diligence pursuant to 18 U.S.C. § 3161(h)(8)(B)(iv).

The parties hereby agree to and request that this case be set before this Court on June 28, 2006, and that the exclusion of time until then be granted. The parties agree and stipulate that the additional time is appropriate and necessary under 18 U.S.C. §§ 3161(h)(8)(A) for all the reasons stated above.

DATED:  June 8, 2006

/s/
JOSH COHEN
Attorney for Defendant

DATED:  June 8, 2006

/s/
WILLIAM C. MARTIN
Assistant Untied States Attorney

So ordered.

DATED:  June 12, 2006

CHARLES R. BREYER
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Charles R. Breyer

STIPULATION AND [PROPOSED]
ORDER EXCLUDING TIME
CR 06-00327 CRB                                             2