BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender
19th Floor Federal Building
450 Golden Gate Avenue
San Francisco, CA 94102
(415) 436-7700

Counsel for Defendant DAVIS

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0327 CRB |
| Plaintiff, | ) ) | STIPULATION AND [PROPOSED] ORDER CONTINUING CHANGE-OF-PLEA HEARING AND EXCLUDING TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| CRYSTAL DAVIS, | ) ) | |
| Defendant. | ) ) | |

      The parties in this matter are presently scheduled to appear before this Court on October 20, 2006 for change-of-plea. The parties have been engaged in settlement negotiations and hope to have reached a plea agreement in advance of sentencing. The parties have determined that additional investigation is necessary in order to bring the case to resolution.

      Accordingly, the parties agree and stipulate that the change-of-plea hearing should be continued to November 8, 2006 at 2:15 PM. The parties further agree and stipulate that the time between October 20, 2006 and November 8, 2006 should be excluded under the Speedy Trial Act. The parties agree that the requested continuance is necessary for the effective preparation of counsel for the defendant and the government. Specifically, the parties believe that a psychological evaluation of the defendant should be conducted and the results of that evaluation

reviewed prior to resolution of the case.

IT IS SO STIPULATED.

Dated: 10/18/06

_____
BARRY J. PORTMAN
Federal Public Defender
JOSH COHEN
Assistant Federal Public Defender

Dated: 10/18/06

_____
KEVIN V. RYAN
United States Attorney
GREGG LOWDER
Assistant United States Attorney

## ORDER

Accordingly, and for good cause shown, the Court orders that the hearing presently scheduled for October 20, 2006 shall be continued to November 8, 2006 at 2:15 PM. The Court further orders that the time from October 20, 2006 through November 8, 2006 shall be excluded under the Speedy Trial Act. The Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. This finding is based on the Court's determination that the failure to grant the continuance would deny counsel for the government and the defendant the reasonable time necessary for effective preparation of his defense, taking into account the exercise of due diligence. *See* 18 U.S.C. § 3161(h)(8)(A) & (B)(iv).

IT IS SO ORDERED.

Dated: October 19, 2006

_____
CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

*IT IS SO ORDERED / Judge Charles R. Breyer — UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA (seal)*