1  BARRY J. PORTMAN
   Federal Public Defender
2  JOSH COHEN
   Assistant Federal Public Defender
3  19th Floor Federal Building
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   (415) 436-7700
5
   Counsel for Defendant DAVIS
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,       )   No. CR-06-0327 CRB
                                   )
12              Plaintiff,         )   DEFENDANT'S UNOPPOSED MOTION
                                   )   AND [PROPOSED] ORDER GRANTING
13      v.                         )   MOTION FOR PHONE PRIVILEGES AT
                                   )   SANTA RITA COUNTY JAIL
14 CRYSTAL DAVIS,                  )
                                   )
15              Defendant.         )
                                   )
16

17
        Defendant Crystal Davis is presently incarcerated at the Santa Rita County Jail in Dublin,
18
   California. Ms. Davis wishes to have telephone contact with her family and children but has
19
   been unable to do so because of restrictions on telephone access at the jail and "blocks" on the
20
   numbers she wishes to dial. Ms. Davis has been advised by jail personnel that she will be given
21
   telephone access and will be able to complete her calls if the Court signs an order specifying the
22
   numbers that she should be permitted to dial and the duration of the calls that should be
23
   permitted
24
        Accordingly, Ms. Davis respectfully requests that the Court enter an order directing that
25
   Ms. Davis be permitted to phone her brother, Charles Davis, and her cousin and babysitter,
26

CR-06-0327 CRB; ORDER RE: TELEPHONE
ACCESS                                              1

1  Ramishea Smith. The government does not oppose this request.

2      A proposed order to this effect is appended below.

3  Dated: October 27, 2006

    Respectfully submitted,

    BARRY J. PORTMAN
    Federal Public Defender

    /s/ Josh Cohen

    JOSH COHEN
    Assistant Federal Public Defender

**ORDER**

Accordingly, and for good cause shown, it is hereby ORDERED that officials at Santa Rita County Jail shall afford Crystal Davis, PFN # ULG664, reasonable access to a telephone. Ms. Davis shall be permitted to phone Charles Davis at (650) 625-1808 and/or Ramishea Smith at (415) 374-6539. Ms. Davis shall be permitted to call (650) 625-1808 one or more times for a total of two hours. Ms. Davis shall be permitted to call (415) 374-6539 one or more times for a total of two hours.

IT IS SO ORDERED.

Dated:   October 27, 2006

    _____
    CHARLES R. BREYER
    UNITED STATES DISTRICT JUDGE

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]