```
 1  BARRY J. PORTMAN
    Federal Public Defender
 2  JOSH COHEN
    Assistant Federal Public Defender
 3  19th Floor Federal Building
    450 Golden Gate Avenue
 4  San Francisco, CA 94102
    (415) 436-7700
 5
    Counsel for Defendant DAVIS
 6
 7
 8              IN THE UNITED STATES DISTRICT COURT
 9            FOR THE NORTHERN DISTRICT OF CALIFORNIA
10
```

| | | |
|---|---|---|
| 11 | UNITED STATES OF AMERICA,           ) | No. CR-06-0327 CRB |
| 12 | Plaintiff,                          ) | **STIPULATION AND [PROPOSED]** |
| | ) | **ORDER CONTINUING CHANGE-OF-** |
| 13 | v.                                  ) | **PLEA HEARING AND EXCLUDING** |
| | ) | **TIME UNDER THE SPEEDY TRIAL** |
| 14 | CRYSTAL DAVIS,                      ) | **ACT** |
| 15 | Defendant.                          ) | |
| 16 | _____ ) | |

17    The parties in this matter are presently scheduled to appear before this Court on

18 November 15, 2006 for change-of-plea. The parties have been engaged in settlement

19 negotiations and hope to have reached a plea agreement in advance of sentencing. The parties

20 have determined that additional investigation is necessary in order to bring the case to resolution.

21 Specifically, the parties are awaiting preparation of a psychologist's evaluation of the defendant.

22    Accordingly, the parties agree and stipulate that the change-of-plea hearing should be

23 continued to November 29, 2006 at 2:15 PM. The parties further agree and stipulate that the

24 time between November 15, 2006 and November 29, 2006 should be excluded under the Speedy

25 Trial Act. The parties agree that the requested continuance is necessary for the effective

26 preparation of counsel for the defendant and the government. Specifically, the parties believe

1 that a psychological evaluation of the defendant should be conducted and the results of that
2 evaluation reviewed prior to resolution of the case.
3     IT IS SO STIPULATED.
4 Dated: 11/14/06                    _____/s/_____
                                      BARRY J. PORTMAN
5                                     Federal Public Defender
                                      JOSH COHEN
6                                     Assistant Federal Public Defender

7
  Dated: 11/15/06                    _____/s/_____
8                                     KEVIN V. RYAN
                                      United States Attorney
9                                     GREGG LOWDER
                                      Assistant United States Attorney
10

11
                                    **ORDER**
12
        Accordingly, and for good cause shown, the Court orders that the hearing presently
13
  scheduled for November 15, 2006 shall be continued to November 29, 2006 at 2:15 PM.  The
14
  Court further orders that the time from November 15, 2006 through November 29, 2006 shall be
15
  excluded under the Speedy Trial Act.  The Court finds that the ends of justice served by granting
16
  the requested continuance outweigh the best interest of the public and the defendant in a speedy
17
  trial.  This finding is based on the Court's determination that the failure to grant the continuance
18
  would deny counsel for the government and the defendant the reasonable time necessary for
19
  effective preparation of his defense, taking into account the exercise of due diligence.  *See* 18
20
  U.S.C. § 3161(h)(8)(A) & (B)(iv).
21
        IT IS SO ORDERED.
22
  Dated:   November 15, 2006
23                                    _____
                                      CHARLES R. BREYER
24                                    UNITED STATES DISTRICT JUDGE
25

26

CR 06-0327 CRB; STIP TO CONTINUE AND
EXCLUDE TIME                              2