1   BARRY J. PORTMAN
    Federal Public Defender
2   JOSH COHEN
    Assistant Federal Public Defender
3   19th Floor Federal Building
    450 Golden Gate Avenue
4   San Francisco, CA 94102
    (415) 436-7700
5
    Counsel for Defendant DAVIS
6

7

8                       IN THE UNITED STATES DISTRICT COURT

9                      FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          )    No. CR-06-0327 CRB
                                       )
12                  Plaintiff,         )    DEFENDANT'S UNOPPOSED MOTION
                                       )    AND [PROPOSED] ORDER GRANTING
13          v.                         )    MOTION FOR PHONE PRIVILEGES AT
                                       )    SANTA RITA COUNTY JAIL
14  CRYSTAL DAVIS,                     )
                                       )
15                  Defendant.         )
    _____)
16

17

18          Defendant Crystal Davis is presently incarcerated at the Santa Rita County Jail in Dublin,

19  California.  Ms. Davis wishes to have telephone contact with her family and children but has

20  been unable to do so because of restrictions on telephone access at the jail and "blocks" on the

21  numbers she wishes to dial.  Ms. Davis has been advised by jail personnel that she will be given

22  telephone access and will be able to complete her calls if the Court signs an order specifying the

23  numbers that she should be permitted to dial and the duration of the calls that should be

24  permitted

25          Accordingly, Ms. Davis respectfully requests that the Court enter an order directing that

26  Ms. Davis be permitted to phone her brother, Charles Davis.  The government does not oppose

1    this request.

2       A proposed order to this effect is appended below.

3    Dated:  November 29, 2006

4

5                      Respectfully submitted,

6                      BARRY J. PORTMAN
                        Federal Public Defender

7                          /S/

8                      JOSH COHEN
                        Assistant Federal Public Defender

9

10    I hereby attest that I have on file all holograph signatures for any signatures indicated by a

11    "conformed" signature (/S/) within this e-filed document.

12

13                              **ORDER**

14    _____Accordingly, and for good cause shown, it is hereby ORDERED that officials at Santa

15    Rita County Jail shall give Crystal Davis, PFN # ULG664, two telephone calls to Charles Davis

16    at (650) 386-6424.  Each of these calls shall be twenty minutes in duration.

17       IT IS SO ORDERED.

18

19    Dated:  November 29 2006                  _____

20                             CHARLES R. BREYER
                           UNITED STATES JUDGE

21

22

23

24

25

26